CASE 12-C-229     KANAWHA     PAGE 1

MARY LOUISE DEEMER     vs. HI-LAD, INC.,

| LINE | DATE | ACTION |
|---|---|---|
| 1 | 02/06/12 | # ISSUED SUM & 1 CPY; F FEE; RCPT 484403; $155.00; CASE INFO |
| 2 | | # SHEET; COMPLAINT |
| 3 | 02/10/12 | # LET FR SS DTD 2/7/12; SUM W/RET (2/7/12 SS) AS TO HI-LAD INC |
| 4 | 02/14/12 | # E-CERT FR SS AS TO HI-LAD INC., DTD 2/9/12 SIGNED BY LISA |
| 5 | | # WEEKLEY |

A TRUE COPY
TESTE: [signature] CLERK
CIRCUIT COURT KANAWHA COUNTY, W.VA.

USPS requires a signature for non-delivered, return-to-sender certified letters. Listing on this document does not guarantee delivery. If the signature below is that of either Kathy Thomas, Deanna Karlen, State of West Virginia or Central Mailing Office, this letter has not been served. Please verify all signature pages.

1    (1)    2/13/2012 12:00:00 AM    HI-Lad, Inc.

FILED
2012 FEB 14  AM 8:27
CATHY S. GATSON, CLERK
KANAWHA CO. CIRCUIT COURT

```
STATUS DATE:        2/13/2012 12:00:00 AM
CERTIFIED NUMBER:   91719237900010000603961
CIVIL ACTION NUMBER: 12-C-229
CONTROL NUMBER:     329684
MAILED TO:          HI-Lad, Inc.
```


**UNITED STATES POSTAL SERVICE**

Date Produced: 02/13/2012

WV SECRETARY OF STATE

The following is the delivery information for Certified Mail™ item number 7192 3790 0010 0060 3961. Our records indicate that this item was delivered on 02/09/2012 at 11:19 a.m. in VIENNA, WV, 26105. The scanned image of the recipient information is provided below.

Signature of Recipient: *Lyn Weekley / Lisa Weekley*

Address of Recipient: *49-61st St.*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

---

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 3418879 47695721

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305



9171 9237 9000 1000 6039 61



FILED
2012 FEB 10 AM 9:03
CATHY S. BATSON, CLERK
KANAWHA COUNTY CIRCUIT

Natalie E. Tennant
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

| | |
|---|---|
| ControlNumber: | 329684 |
| Defendant: | HI-Lad, Inc. |
| County: | 20 |
| | 2/7/2012 |
| Civil Action: | 12-C-229 |

Cathy Gatson, Circuit Clerk
Kanawha County Courthouse
111 Court Street
Charleston WV 25301-2500

I am enclosing:

| | | | | | |
|---|---|---|---|---|---|
| ____ | summons | ____ | affidavit | _1_ | summons and complaint |
| ____ | notice | ____ | answer | ____ | summons and verified complaint |
| ____ | order | ____ | cross-claim | ____ | summons and amended complaint |
| ____ | petition | ____ | counterclaim | ____ | 3rd party summons and complaint |
| ____ | motion | ____ | request | ____ | notice of materialmans lien |
| ____ | suggestions | ____ | notice to redeem | ____ | notice of mechanic's lien |
| ____ | interrogatories | ____ | request for production | ____ | re-issue summons and complaint |
| ____ | discovery | ____ | request for admissions | ____ | subpoena duces tecum |
| ____ | suggestee execution | ____ | notice of uim claim | ____ | Other |
| ____ | subpoena | ____ | writ | | |
| ____ | stipulation | ____ | writ of mandamus | | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Natalie E. Tennant*
Natalie E. Tennant
Secretary of State

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**FILED**

MARY LOUISE DEEMER,

2012 FEB 10 AM 9:03

Plaintiff,

CATHY S. GATSON, CLERK
KANAWHA COUNTY CIRCUIT COURT

v.                                                                 CIVIL ACTION NO. 12-C-229
                                                                   JUDGE Bloom

HI-LAD, INC. d/b/a COMFORT INN,

Defendant.

ACCEPTED FOR SERVICE OF PROCESS
2012 FEB -7 PM 12:30
SECRETARY OF STATE
STATE OF WEST VIRGINIA

## SUMMONS

TO DEFENDANT:   HI-LAD, INC. d/b/a COMFORT INN
                49  61ST STREET
                PARKERSBURG, WV 26105

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon LIA DITRAPANO FAIRLESS, ESQ., 604 Virginia Street, East, Suite 307 Charleston, West Virginia, 25301; an Answer, including any related counterclaim you have, to the Complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve your Answer within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated



# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

FILED
2012 FEB -6 PM 2:37
CATHY S. GATSON, CLERK
KANAWHA CO. CIRCUIT COURT

I. CASE STYLE:

**MARY LOUISE DEEMER,**
       Plaintiff,

Case #: 12-C-229
Judge: Bloom

vs.

**HI-LAD, INC. d/b/a COMFORT INN,**

       Defendant.

| | Days to Answer: | Type of Service: |
|---|---|---|
| HI-LAD, INC. d/b/a Comfort Inn<br>49  61st Street<br>Parkersburg, West Virginia 26105 | 30 | Corporate |

Original and 4 copies of Complaint furnished herewith.

PYMT Type ✓
Rcpt # 484403     $155 ✓  $135 ___
Iss. Sum. +___cc   ___No Sum. Iss
___Ret. to Atty.    ___$20cm X
___Mailed CM/RM  ✓$5 clk X
✓Mailed to sos w/ck# _____
___Sent to _____ w/ck# _____

PLAINTIFF: **MARY LOUISE DEEMER**    CASE NUMBER:

DEFENDANTS: **HI-LAD, INC. d/b/a COMFORT INN,**

II.   TYPE OF CASE:   General Civil

| TORTS | OTHER | CIVIL |
|---|---|---|
| ☐ Asbestos | ☐ Adoption | ☐ Appeal from Magistrate Court |
| ☐ Professional Malpractice | ☐ Contract | ☐ Petition for Modification of Magistrate Sentence |
| ☐ Personal Injury | ☐ Real Property | ☐ Miscellaneous Civil |
| ☐ Product Liability | ☐ Mental Health | ☐ Other (debt) |
| X General Civil | ☐ Appeal of Administrative Agency | |

III.   JURY DEMAND:   X Yes   ☐ No

CASE WILL BE READY FOR TRIAL BY (*Month/Year*):   02 / 2013

IV.   DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?   ☐ Yes   X No
IF YES, PLEASE SPECIFY:

☐ Wheelchair accessible hearing room and other facilities
☐ Interpreter or other auxiliary aid for the hearing impaired
☐ Reader or other auxiliary aid for the visually impaired
☐ Spokesperson or other auxiliary aid for the speech impaired
X Other: Unknown at this time.

Attorney Name:  Lia DiTrapano Fairless
Firm:  DiTrapano Law Firm, PC
Street:  604 Virginia Street East, Suite 307
City/State/Zip:  Charleston, West Virginia  25301
Telephone:  (304) 414-0184

Representing:
X *Plaintiff*   ☐ *Defendant*
☐ *Cross-Complainant*   ☐ *Cross-Defendant*

Dated:  February 6, 2012

*Signature*

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**MARY LOUISE DEEMER**
    Plaintiff,

v.                                  CIVIL ACTION NO: 12-C-229

**HI-LAD, INC.,**
a West Virginia Corporation, d/b/a COMFORT INN
    Defendant.

## COMPLAINT

COMES NOW, Mary Louise Deemer, by counsel and for her Complaint against Defendant, states as follows:

1. At all times mentioned herein, Plaintiff Mary Louise Deemer was and is a citizen of Kanawha County, West Virginia.

2. At all times mentioned herein, Defendant HI-LAD, Inc., was and is a West Virginia Corporation doing business in Kanawha County, West Virginia.

## COUNT I
## WEST VIRGINIA WAGE PAYMENT AND COLLECTION ACT

3. Plaintiff repeats and re-alleges the allegations set forth in Paragraphs 1 through 2, as if fully set forth herein.

4. Plaintiff was an employee of Defendant.

5. Defendant compensated Plaintiff on a salary basis.

6. Defendants required Plaintiff to be at work during certain time periods and during the hours spent at work Plaintiff performed duties as assigned or was engaged to wait for work

assignments.

9. Defendant did not settle with the Plaintiff at least once in every two (2) weeks and pay her wages due for her work provided as an employee of Defendants as required by the West Virginia Wage Payment and Collection Act. § 21-5-1 et seq.

10. Plaintiff last worked for Defendant on or about June, 2011.

11. Defendant terminated Plaintiff's employment and did not pay Plaintiff all wages due within 72 hours as required by the West Virginia Wage Payment and Collection Act. § 21-5-1 et seq.

12. As a proximate result of the Defendant's refusal and/or failure to timely pay the Plaintiff all wages due, she was required to hire an attorney to investigate, institute, and prosecute this action.

13. Defendant now owes the Plaintiff wages and liquidated damages pursuant to the West Virginia Wage Payment and Collection Act. § 21-5-1 et seq.

WHEREFORE, the Plaintiff demands judgment against the Defendant for an amount equal to loss of all wages, plus interest; liquidated damages; attorney fees and costs; and such further equitable and legal relief as this Court deems just and proper.

## COUNT II
## FAIR LABOR STANDARDS ACT

14. Plaintiff repeats and re-alleges the allegations set forth in Paragraphs 1 through 13, as if fully set forth herein.

15. This is an action brought by the Plaintiff to recover damages due and owing to her as a direct result of the Defendant's violation of Federal law known as the Fair Labor Standards Act for failure to pay minimum wage and overtime pursuant to 29 U.S.C. 206 and 207, for money damages, liquidated damages, costs, injunctive relief, attorney's fees and other relief as a result of Defendant's

applied policy and practice of designating Plaintiff exempt and not paying Plaintiff minimum wage and overtime in violation of Federal and State wage and hour laws.

16. During all times mentioned herein, including the three (3) years preceding the filing of this Complaint to the present time, or during portions of that period, the Defendant employed the Plaintiff in connection with the business of the Defendant. The Defendant was engaged in commerce.

17. Defendant was fully aware of the exact duties and responsibilities assigned to Plaintiff and knew or should have known that she was therefore illegally not paid for hours worked.

18. During her employment with Defendant, Plaintiff was required to be at work during certain time periods and during the hours spent at work Plaintiff performed duties or was engaged to wait for work assignments.

19. Defendant was also fully aware of the law regarding the payment of wages.

20. Despite Defendant's knowledge of the law regarding the payment of wages, Defendant willfully, and/or negligently, failed and refused to correct its illegal actions and to pay minimum wage and overtime to Plaintiff.

21. Defendant failed and refused to compensate Plaintiff for all hours worked in violation of Federal and State wage and hour laws through the use of the policy and practice described herein.

WHEREFORE, the Plaintiff demands judgment against the Defendant for an amount equal to loss of all wages; plus interest; liquidated damages; attorney fees and costs; and such further equitable and legal relief as this Court deems just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY.

Respectfully submitted,

MARY LOUISE DEEMER,

By: _____
LIA DITRAPANO FAIRLESS
WV State Bar ID #6884
Counsel for Plaintiff

DITRAPANO LAW FIRM, PC
604 Virginia Street, East, Ste. 307
Charleston, WV 25301
(304) 414-0184

# CIVIL CASE INFORMATION STATEMENT
## Civil Cases

In the Circuit Court, __Kanawha__ County, West Virginia

I.    CASE STYLE:

| Plaintiff(s) | | Case No.: 12-C-229 |
|---|---|---|
| Mary Louise Deemer | | Judge: Louis H. "Duke" Bloom |
| Name | | |

v.

| Defendant(s) | Days to Answer | Type of Service |
|---|---|---|
| Hi-Lad, Inc. d/b/a Comfort Inn | | |
| Name | | |

Document this form is being filed with: __NOTICE OF REMOVAL__

Case No.: 02-C-2055

| | |
|---|---|
| Plaintiffs: | Mary Louise Deemer |
| Defendants: | Hi-Lad, Inc. d/b/a Comfort Inn |

II.    TYPE OF CASE:

| TORTS | OTHER CIVIL | OTHER CIVIL |
|---|---|---|
| ☐ Asbestos | ☐ Adoption | ☐ Appeal from Magistrate Court |
| ☐ Professional Malpractice | ☐ Contract | ☐ Pet. for Modification of Magistrate Sentence |
| ☐ Personal Injury | ☐ Real Property | ☒ Miscellaneous Civil |
| ☐ Product Liability | ☐ Mental Health | ☐ Other |
| ☐ Other Tort | ☐ Appeal of Admin. Agency | |

III.    JURY DEMAND: _____ Yes     __x__ No

CASE WILL BE READY FOR TRIAL BY (MONTH\YEAR): __December 2012__

IV. DO ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE? \_\_\_\_\_ Yes \_\_X\_\_ No

IF YES, PLEASE SPECIFY:

☐ Wheelchair accessible hearing room and other facilities

☐ Interpreter or other auxiliary aid for the hearing impaired

☐ Reader or other auxiliary aid for the visually impaired

☐ Spokesperson or other auxiliary aid for the speech impaired

☐ Other: _____

| | |
|---|---|
| Attorney Name: | Brian D. Yost, Esq. WV ID#4166 |
| Firm Name: | HOLROYD & YOST |
| | Attorneys at Law |
| Address: | 209 West Washington Street |
| | Charleston, West Virginia 25302 |
| Telephone: | (304) 343-7501 |

Representing:
\_\_\_\_\_ Petitioner \_\_X\_\_ Defendant _____Cross-Complainant _____Cross-Defendant

Dated: March 2, 2012          Signature: /s/ Brian D. Yost, Esq.
☐ Pro Se